**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| [UNDER SEAL] | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SEALED  CV 19-9983 CAS |
| v. | |
| [UNDER SEAL] | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

December 2, 2019                                  *Christina A. Snyder*
Date                                                        United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge   Michael W. Fitzgerald   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   MWF   after the case number in place of the initials of the prior judge so that the case number will read   2:19-cv-9983 MWF (JPRx) . This is very important because documents are routed to the assigned judge by means of the initials.

cc:   ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (03/19)                                  ORDER RETURNING CASE FOR REASSIGNMENT