1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                              WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* and the STATE OF CALIFORNIA *ex rel.* **[UNDER SEAL]**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>    Defendants. | No. CV 19-09983 MWF (JPRx)<br><br>ORDER RE ELECTION BY THE UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND UNSEALING OF CASE<br><br>[Filed concurrently under seal: Notice of Election by the United States of America and the State of California to Decline Intervention and Stipulation Regarding Unsealing of Case] |

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* and the STATE OF CALIFORNIA *ex rel.* JOY DIOQUINO-SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKPORT HEALTHCARE SUPPORT SERVICES LLC, an entity; BRIUS LLC, an entity, ALTA VISTA HEALTHCARE & WELLNESS CENTRE INC., an entity; SHLOMO RECHNITZ, an individual; JOSEPH FRUSTACHI, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | No. CV 19-09983 MWF (JPRx)<br><br>ORDER RE ELECTION BY THE UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND UNSEALING OF CASE<br><br>[Filed concurrently under seal: Notice of Election by the United States of America and the State of California to Decline Intervention and Stipulation Regarding Unsealing of Case] |

The United States of America ("United States") and the State of California ("California") having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B) and Cal. Gov. Code § 12652(c)(6), and the United States, California, and *qui tam* plaintiff Joy Dioquino-Smith (the "relator") having stipulated to the unsealing of the case with certain exceptions, IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in paragraph 3 below. The Complaint is unsealed and relator shall serve it upon the defendants;

2. This Order and the Notice of Election by the United States of America and the State of California to Decline Intervention and Stipulation Regarding Unsealing of Case are both unsealed, and relator shall serve both upon defendants with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States and California as provided for in 31 U.S.C. § 3730(c)(3) and Cal. Gov. Code § 12652(f)(1);

6. Should relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States and California with notice of the same and the Court will provide the United States and California with an opportunity to be heard before ruling or granting its approval.

Dated: July 22, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE