UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* and the STATE OF CALIFORNIA *ex rel.* JOY DIOQUINO-SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKPORT HEALTHCARE SUPPORT SERVICES LLC, an entity; BRIUS LLC, an entity, ALTA VISTA HEALTHCARE & WELLNESS CENTRE INC., an entity; SHLOMO RECHNITZ, an individual; JOSEPH FRUSTACHI, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | No. CV 19-09983 MWF (JPRx)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO THE UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA; AND WITH PREJUDICE AS TO RELATOR |

*Qui tam* plaintiff Joe Dioquino-Smith ("relator") having requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-captioned action ("action") be dismissed with prejudice as to herself; and the United States of America ("United States") and the State of California ("California") having consented, in the interests of justice and pursuant to 31 U.S.C. § 3730(b)(1) and California Government Code § 12652(c)(1), respectively, to such dismissal without prejudice as to the United States and California:

1

IT IS HEREBY ORDERED THAT this action is dismissed in its entirety and as to all the defendants. The dismissal is *without* prejudice as to the United States and California, and is *with* prejudice as to Relator.

Dated: December 15, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE